

05-CV-05806-ORD

HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

```
FILED _____ LODGED
_____ RECEIVED

MAY 2 4 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                DEPUTY
```

| | |
|---|---|
| CEDRIC WALKER, JAMES KASCH and I & E Inc., a Washington Corporation,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SHERIFF'S OFFICE, CLARK COUNTY SHERIFF GARRY LUCAS, CLARK COUNTY SHERRIFF'S COMMANDER ERIN NOLAN, CLARK COUNTY'S DIRECTOR OF COMMUNITY DEVELOPMENT RICH CARSON, CLARK COUNTY DEPARTMENT OF COMMUNITY DEVELOPMENT, CLARK COUNTY COMMSIONER, CLARK COUNTY PLANNING COMMISSION, CLARK COUNTY CODE ENFORCEMENT, COLUMBIAN PUBLISHING COMPANY D/B/A/ THE COLUMBIAN NEWS PAPER, a Washington Corporation. As Individuals, Official Governmental Agency(s)-Entity(s) and or Washington Corporations,<br><br>Defendants. | NO. C05- 5806 RBL<br><br>STIPULATION DISMISSING CLAIMS AGAINST THE COLUMBIAN NEWSPAPER PURSUANT TO FED.R.CIV.P.41(a)(1) |

STIPULATION DISMISSING CLAIMS AGAINST THE
COLUMBIAN NEWSPAPER PURSUANT TO
FED.R.CIV.P.41(a)(1) - 1 USDC WD WA
Cause No. C05-5806 RBL

## STIPULATION

The parties hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), each of plaintiff's claims against defendant The Columbian Newspaper, are hereby voluntarily dismissed with prejudice and without fees or costs to either party.

JOINTLY SUBMITTED this 23 day of May, 2006.

| | |
|---|---|
| Law Office of Laurie Shiratori, P.L.L.C. | DAVIS WRIGHT TREMAINE LLP |
| Attorney for Plaintiffs | Attorneys for The Columbian Newspaper |
| | |
| By: s/Laurie Shiratori | By: s/ Bruce E.H. Johnson |
| Laurie Shiratori, WSBA #18646 | Bruce E.H. Johnson, WSBA # 7667 |
| 5803 57th Avenue NE | 2600 Century Square |
| Seattle, WA 98105 | 1501 Fourth Avenue |
| | Seattle, WA 98101 |

IT IS SO ORDERED THIS 24th DAY OF May, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION DISMISSING CLAIMS AGAINST THE
COLUMBIANNEWSPAPER PURSUANT TO
FED.R.CIV.P.41(a)(1) - 2USDC WD WA
Cause No. C05-5806 RBL